NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

AMSTED INDUSTRIES INCORPORATED,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee.*

---

2010-1410

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-655.

---

ON MOTION

---

## ORDER

The International Trade Commission moves to dismiss this appeal. Amsted Industries Incorporated moves to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) Amsted Industries Incorporated's motion is granted. Each side shall bear its own costs.

(2) The International Trade Commission's motion is denied as moot.

FOR THE COURT

AUG 2 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gregory J. Vogler, Esq.
    Clint A. Gerdine, Esq.

s20

Issued As A Mandate: AUG 2 4 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK